# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File No. 2:15-CV-2040- |
| ) | KOB |
| UNITED STATES PIPE AND ) | |
| FOUNDRY COMPANY, LLC, et al., ) | This Document Relates to All Cases |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

## **PARTIES' JOINT PHASE ONE DISCOVERY STATUS REPORT**

Pursuant to the Court's June 27, 2017 Phase One Discovery Order [Dkt. 102] directing the Parties to file a joint status report on or before November 30, 2017, the Parties submit the following Report.

1.      On September 1, 2017, the Parties submitted a Joint Status Report [Dkt. 109] updating the Court on the progress of Phase One discovery.

2.      On September 25, 2017, all but two Plaintiffs included on Plaintiff List #2 served responses to the Interrogatories served upon them pursuant to the Phase One Scheduling Order. The Parties will meet and confer as to the disposition of those Plaintiffs who have not responded to the Interrogatories.

3.     On September 25, 2017, certain Plaintiffs not included on Plaintiff List #1 provided Defendants with executed Medical Authorizations. A number of Plaintiffs, however, did not provide Medical Authorizations. On October 25, 2017, Defendants' filed an unopposed motion compelling production of Medical Authorizations from non-responsive Plaintiffs. On October 26, 2017, the Court granted that motion, and ordered non-responsive Plaintiffs to produce executed Medical Authorizations no later than December 8, 2017.

4.     On September 25, 2017, Plaintiffs served Suggestions of Death upon the record regarding the death of eight (8) Plaintiffs.

5.     On October 13, 2017, Defendant United States Pipe and Foundry Company, LLC (U.S. Pipe) served on certain Plaintiffs five (5) Interrogatories and twelve (12) Requests for Production.

6.     Plaintiffs' and Defendants' counsel have conferred to discuss Plaintiffs' responses to the Interrogatories and Requests for Production, served by U.S. Pipe on October 13, 2017. Counsel have agreed that Plaintiffs will make a rolling production of those responses, as set forth in the attached Joint Proposed Scheduling Order.

7.     Plaintiffs' and Defendants' counsel have further conferred multiple times by phone, and communicated by letter and email, to discuss discovery planning related to Phase Two discovery in these consolidated cases. Attached hereto as Exhibit A is the Parties' Joint Proposed Scheduling Order for Phase Two discovery. At the

conclusion of Phase Two discovery, the Parties intend to identify a process for selecting and working up certain plaintiffs for trial.

Respectfully submitted this 30th day of November 2017.

| | |
|---|---|
| */s/ R. Andrew Jones* <br> Jon C. Conlin <br> R. Andrew Jones <br> Richard Wright <br> Mitchell Theodore <br> ***Attorneys for Plaintiffs*** <br><br> CORY WATSON, P.C. <br> 2131 Magnolia Avenue, Suite 200 <br> Birmingham, AL 35205 <br> jconlin@corywatson.com <br> ajones@corywatson.com <br> rwright@corywatson.com <br> mtheodore@corywatson.com | */s/ Sharon D. Stuart* <br> Sharon D. Stuart (asb-8559-r59s) <br> ***Attorneys for Defendants*** <br> OF COUNSEL <br> CHRISTIAN & SMALL LLP <br> 505 North 20th Street, Suite 1800 <br> Birmingham, AL 35203 <br> 205-795-6588 <br> sdstuart@csattorneys.com <br><br> */s/ Elizabeth H. Huntley* <br> Elizabeth H. Huntley (asb-1243-e55e) <br> ***Attorney for Defendants*** <br> LIGHTFOOT, FRANKLIN & WHITE LLC <br> The Clark Building <br> 400 20th Street North <br> Birmingham, AL 35203 <br> ehuntley@lightfootlaw.com <br><br> */s/ Meaghan G. Boyd* <br> James C. Grant (*admitted pro hac vice*) <br> Georgia Bar No. 305410 <br> Douglas S. Arnold (*admitted pro hac vice*) <br> Georgia Bar No. 023208 <br> Meaghan G. Boyd (*admitted pro hac vice*) <br> Georgia Bar No. 142521 <br> ***Attorneys for Defendants*** <br> ALSTON & BIRD LLP <br> One Atlantic Center <br> 1201 W. Peachtree Street <br> Atlanta, Georgia 30309-3424 <br> 404-881-7000 <br> jim.grant@alston.com |

doug.arnold@alston.com
meaghan.boyd@alston.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., ) | |
| ) | |
| Plaintiffs, ) | Civil Action File No. 2:15-cv-02040- |
| ) | KOB |
| ) | |
| v. ) | |
| ) | This Document Relates to All Cases |
| UNITED STATES PIPE AND ) | |
| FOUNDRY COMPANY, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30th day of November, 2017, I have served a copy of the foregoing upon all counsel of record, via the Court's electronic filing, which will automatically give notice of such filing to:

Jon C. Conlin
R. Andrew Jones
Richard Wright
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
jconlin@corywatson.com
ajones@corywatson.com
rwright@corywatson.com
mtheodore@corywatson.com

Elizabeth H. Huntley
LIGHTFOOT, FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203

Sharon D. Stuart
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
sdstuart@csattorneys.com

ehuntley@lightfootlaw.com

/s/ Meaghan G. Boyd
Meaghan G. Boyd