FILED
2018 Apr-03  PM 02:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE ABNER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action File No. 2:15-CV-2040-KOB |
| | ) | |
| UNITED STATES PIPE AND | ) | |
| FOUNDRY COMPANY, LLC, and | ) | This Document Relates to All Cases |
| MUELLER WATER PRODUCTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION TO CONTINUE

Plaintiffs (in this, and all related cases before this Court) and Defendants United States Pipe & Foundry Company, LLC and Mueller Water Products, Inc. (collectively "Defendants") hereby jointly move this Court to continue the Court's requirement that a status report on the Parties' settlement discussions be submitted by today, April 3, 2018, until Friday, April 6, 2018, and to further stay all proceedings in these consolidated cases until April 6, 2018 so that the Parties may continue to engage in good-faith discussions to resolve these actions. In support of this motion, the Parties state as follows:

1.      On March 13, 2018, the Parties filed a Joint Motion to Stay (Doc. 149), requesting that this Court stay all deadlines for two weeks to allow time for the Parties to engage in good-faith settlement discussions.

2.      On March 14, 2018, this Court granted the Parties' Motion and further ordered that a status report be submitted by April 3, 2018, updating this Court on the status of the settlement discussions.

3.      The Parties have consulted and agree that additional time is needed for the continuation of the meaningful settlement discussions that are already underway.  The Parties believe that a continuation until April 6, 2018 will allow sufficient time to conclude the ongoing discussions.

For the foregoing reasons, the Parties respectfully ask this Court to grant this motion and to continue the current deadline to file a status report and further stay all proceedings in these consolidated cases until April 6, 2018.  For the Court's convenience, a proposed order is attached (Exhibit A).

Respectfully submitted this 3rd day of April, 2018

| | |
|---|---|
| */s/ Jon C. Conlin* | */s/ Sharon D. Stuart* |
| Jon C. Conlin (asb-7024-j66c) | Sharon D. Stuart (asb-8559-r59s) |
| R. Andrew Jones (asb-0096-i11r) | Michael A. Vercher |
| Mitchell Theodore (asb-6549-i00d) | (asb-4976-h32m) |
| Joel Caldwell (asb-4625-z36e) | ***Attorneys for Defendants*** |
| ***Attorneys for Plaintiffs*** | OF COUNSEL |
| | CHRISTIAN & SMALL LLP |
| CORY WATSON, P.C. | 505 North 20th Street, Suite 1800 |
| 2131 Magnolia Avenue, Suite 200 | Birmingham, AL 35203 |
| Birmingham, AL 35205 | 205-795-6588 |
| jconlin@corywatson.com | sdstuart@csattorneys.com |
| ajones@corywatson.com | mavercher@csattorneys.com |
| mtheodore@corywatson.com | |
| jcaldwell@corywatson.com | |

*/s/ Elizabeth H. Huntley*
Elizabeth H. Huntley
(asb-1243-e55e)
**Attorney for Defendants**

OF COUNSEL
LIGHTFOOT, FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
205-581-0700
ehuntley@lightfootlaw.com


*/s/ Meaghan G. Boyd*
James C. Grant
(*admitted pro hac vice*)
Georgia Bar No. 305410
Douglas S. Arnold
(*admitted pro hac vice*)
Georgia Bar No. 023208
Meaghan G. Boyd
(*admitted pro hac vice*)
Georgia Bar No. 142521
**Attorneys for Defendants**

ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
404-881-7000
jim.grant@alston.com
doug.arnold@alston.com
meaghan.boyd@alston.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| WILLIE ABNER, et al.,                    ) | |
|                                          ) | |
|              Plaintiffs,                 ) | |
|                                          ) | |
|     v.                                   ) | Civil Action File No. 2:15-CV-2040-KOB |
|                                          ) | |
| UNITED STATES PIPE AND                   ) | |
| FOUNDRY COMPANY, LLC, and                ) | This Document Relates to All Cases |
| MUELLER WATER PRODUCTS, INC.             ) | |
|                                          ) | |
|              Defendants.                 ) | |

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that I have served a copy of the within and foregoing on this the 3rd day of April, 2018, by filing same with the Court's CM/ECF system, which will send notice to counsel of record as follows:

James C. Grant
Douglas S. Arnold
Meaghan G. Boyd
ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
jim.grant@alston.com
doug.arnold@alston.com
meaghan.boyd@alston.com

Sharon D. Stuart
Michael A. Vercher
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203
sdstuart@csattorneys.com
mavercher@csattorneys.com

Elizabeth H. Huntley
LIGHTFOOT, FRANKLIN &
WHITE LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
ehuntley@lightfootlaw.com

/s/ *Jon C. Conlin*
CORY WATSON, P.C.