# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action File No. 2:15-CV-2040-KOB ) |
| UNITED STATES PIPE AND FOUNDRY COMPANY, LLC, and MUELLER WATER PRODUCTS, INC. | ) ) This Document Relates to All Cases ) |
| Defendants. | ) |

## ORDER STAYING ALL PROCEEDINGS

Before the Court is the Parties' Joint Motion to Continue the deadline to file a status report until April 11, 2018 and to further stay all proceedings in these consolidated actions until April 11, 2018.  Having reviewed said motion, and finding good cause, the Court GRANTS the motion.  The Parties shall file a joint status report on April 11, 2018 updating the Court on the status of their settlement discussions and all further proceedings in these cases are hereby stayed until April 11, 2018.

IT IS SO ORDERED this ___ day of _____, 2018.

_____

Karon O. Bowdre
United States District Judge