# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action File No. 2:15-CV-2040-KOB |
| | ) |
| UNITED STATES PIPE AND | ) |
| FOUNDRY COMPANY, LLC, and | ) This Document Relates to All Cases |
| MUELLER WATER PRODUCTS, INC. | ) |
| | ) |
| Defendants. | ) |

## PARTIES' JOINT STATUS REPORT

Plaintiffs, in this and all consolidated cases before the Court, and Defendants United States Pipe and Foundry Company, LLC ("U.S. Pipe") and Mueller Water Products, Inc. ("Mueller") (collectively, "Defendants"), hereby submit this status report pursuant to the Court's October 9, 2018 Order, which compelled certain Plaintiffs to produce an executed settlement release along with supporting documents, or otherwise respond to Plaintiffs' counsel, by October 30, 2018 or be dismissed with prejudice. The Court's Order requires the parties to advise the Court of the Plaintiffs who did not submit an executed settlement release, or otherwise respond to Plaintiffs' counsel, by that deadline. A list of the forty-eight (48) Plaintiffs who did not meet the Court's October 30, 2018 deadline is attached (Exhibit A)[1]. Additionally, Plaintiff Angela

---

[1] Four (4) of these Plaintiffs were inadvertently omitted from the list the Parties provided to the Court on October 5, 2018; however, a copy of the Court's October 9, 2018 Order was provided to each of these Plaintiffs in accordance

Williams-Gowdy has refused to produce an executed settlement release.

Respectfully submitted this 13th day of November, 2018.

| | |
|---|---|
| /s/ Jon C. Conlin | /s/ Elizabeth H. Huntley |
| Jon C. Conlin (CON049) | Elizabeth H. Huntley (asb-1243-e55e) |
| R. Andrew Jones (JON185) | |
| Mitchell Theodore (asb-6549-i00d) | *Attorney for Defendants* |
| Joel Caldwell (asb-4625-z36e) | |
| *Attorneys for Plaintiffs* | OF COUNSEL |
| | LIGHTFOOT, FRANKLIN & WHITE LLC |
| CORY WATSON, P.C. | The Clark Building |
| 2131 Magnolia Avenue, Suite 200 | 400 20th Street North |
| Birmingham, AL 35205 | Birmingham, AL 35203 |
| jconlin@corywatson.com | 205-581-0700 |
| ajones@corywatson.com | ehuntley@lightfootlaw.com |
| mtheodore@corywatson.com | |
| jcaldwell@corywatson.com | /s/ Sharon D. Stuart |
| | Sharon D. Stuart (asb-8559-r59s) |
| | Michael A. Vercher (asb-4976-h32m) |
| | *Attorneys for Defendants* |
| | |
| | OF COUNSEL |
| | CHRISTIAN & SMALL LLP |
| | 505 North 20th Street, Suite 1800 |
| | Birmingham, AL 35203 |
| | 205-795-6588 |
| | sdstuart@csattorneys.com |
| | mavercher@csattorneys.com |
| | |
| | /s/ Meaghan G. Boyd |
| | James C. Grant (*admitted pro hac vice*) |
| | Georgia Bar No. 305410 |

---

with that Order and they were each instructed that they would be dismissed if remaining unresponsive.  The Parties agree that the cases of these four Plaintiffs are due to be dismissed and respectfully request that they be treated the same as the other non-responsive Plaintiffs listed on Exhibit A.

2

Douglas S. Arnold (*admitted pro hac vice*)
Georgia Bar No. 023208
Meaghan G. Boyd (*admitted pro hac vice*)
Georgia Bar No. 142521
***Attorneys for Defendants***

ALSTON & BIRD LLP
One Atlantic Center
1201 W. Peachtree Street
Atlanta, Georgia 30309-3424
404-881-7000
jim.grant@alston.com
doug.arnold@alston.com
meaghan.boyd@alston.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIE ABNER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action File No. 2:15-CV-2040- |
| ) | KOB |
| UNITED STATES PIPE AND ) | |
| FOUNDRY COMPANY, LLC, and ) | This Document Relates to All Cases |
| MUELLER WATER PRODUCTS, INC. ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the within and foregoing on this the 13th day of November, 2018, by filing same with the Court's CM/ECF system, which will send notice to all counsel of record.

           */s/ R. Andrew Jones*
           CORY WATSON, P.C.