FILED

2018 Nov-13  PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

***David Adams, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02046**

Anthony M. West
Casandra Leonard
Jacques White
Jeromy Morris
Leroy Thomas
Pearl Kitt
Tara Norman Stephenson

***Dorothy Arnold, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02049**

Eugene Fields
Mary Louise Fields

***Georgia Adamson, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02057**

Chelsea Yvette Walker
Lanye Benson
Melissa Knight
Miya Moore
ShaNita Marie Brown
Sharon Denise Hill
Tiffany Bradberry

***Harold Banks, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02050**

Angela Owens
Fannie Coleman
Jimmy Battle
Mable Louise Green
Wright Coleman

***Latisha Allen, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02056**

Dedra Milliner
Della Marie Bannerman Bibb

Dorothy Wilson
Kevin A. Claughton-Smith
Oscar Johnson
Oscar Leon Temple, Jr.
Reco M. Peterson
Robert Mitchell
Shabria Williams
Shelia Voncile Craig

***Marsha Anderson, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02045***

Coleman Jordan, Jr.
Joe N. Scott
Robert Leonard
Xavier Little

***Michael Adams, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02052***

Laura Paige
Lillie Greene
Willie Walker

***Robert Andrews as Personal Representative of Estate of Valerie Porter-Andrews, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02048***

Martha E. Jones
Willie J. Frazier

***Shanquice Allen, as Guardian and Next Friend of G.A., v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02047***

T'Kiya Tolen

***Susie Berry, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02054***

Alyce Lynn Gibson
Shandlions P. Cauthen
Susie Berry

***Veronica Adley-White, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02055**

Tamara Bender

***Willie Abner, et al. v. United States Pipe & Foundry Co., et al.*, 2:15-cv-02040**

Eric L. Herrod
Estelle Lavender
Tommy Smith
Willie F. Kennedy